■ FRANCIS S. HANLON, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 38977.) — Judgment unanimously modified on the law and facts by reducing the amount of the award to $16,900 and as modified affirmed, without costs of this appeal to either party. Certain findings of fact disapproved and reversed and new findings made. Memorandum: There was no substantial evidence to support the determination of the Trial Judge that the value of the property after taking was $18,000. (Appeal from judgment of Court of Claims for claimant for permanent appropriation of realty.) Present — Williams, P. J., Goldman, Henry and Noonan, JJ.

■ CLIFFORD MINER, Respondent, v. GEORGE SHERMAN, Appellant.— Order unanimously reversed and verdict reinstated, without costs of this appeal to either party. Memorandum: The evidence was sufficient to sustain the jury's verdict. (Appeal from order of Ontario Trial Term setting aside the verdict of no cause of action and granting a new trial, in a negligence action.) Present — Williams, P. J., Bastow, Goldman and Noonan, JJ.

■ LA VERNE TREAT, Respondent, v. GEORGE SHERMAN, Appellant.— Same decision and like cause of action as in companion case of *Miner* v. *Sherman* (19 A D 2d 855).